**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RONNIE EUGENE BRIGGS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:21-cv-1200 SRC |
| | ) | |
| CO1 WILLIAM JONES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Self-represented Plaintiff Ronnie Eugene Briggs, Jr.'s civil complaint for money damages was received by the Court for filing on October 8, 2021. However, Briggs neither paid the $402 court filing fee nor filed a motion to proceed *in forma pauperis* with a certified copy of his prison account statement. *See* 28 U.S.C. § 1915(a).  As such, the Court will allow plaintiff twenty-one (21) days to either pay the full filing fee or file his motion to proceed *in forma pauperis* with his prison account statement.  His failure to do so in a timely manner will result in dismissal of this action without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to plaintiff a copy of the motion to proceed *in forma pauperis* form for prisoners.

**IT IS FURTHER ORDERED** that plaintiff must either pay the $402 filing fee or submit a motion to proceed *in forma pauperis* no later than November 3, 2021.

**IT IS FURTHER ORDERED** that if plaintiff files a motion to proceed *in forma pauperis*, he must also file a certified copy of his prison account statement for the six-month period preceding the filing of the complaint.

**IT IS FINALLY ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice. If the case is dismissed for non-compliance with this Order, the dismissal will not count as a "strike" under 28 U.S.C. § 1915(g).

Dated this 13th day of October 2021.

_____
STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE